# IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER PAUL CASTELLANOS,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70062

**FILED**

JUN 16 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking an order directing petitioner's former trial counsel, Michael Becker, Esq., to provide him his case files. We have considered the documents submitted in this matter, and we conclude that this court's intervention in this matter is not warranted. *See* NRS 34.160; NRS 34.170. Petitioner should seek enforcement of the district court's order regarding case files in the district court in the first instance. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Douglas W. Herndon, District Judge
Peter Paul Castellanos
Attorney General/Carson City
Clark County District Attorney
Michael Becker, Esq.
Eighth District Court Clerk

 
16-18959